**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:21-cv-01395-WJM-STV

JILL ROTHE,

Plaintiff,

v.

CATERPILLAR, INC., A Delaware corporation,

Defendant.

## JOINT MOTION TO AMEND THE AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Jill Rothe and Defendant Caterpillar Inc.[1] respectfully request that the Court amend the Amended Scheduling Order (ECF No. 21). In support of this request, the parties state as follows:

1. There is good cause to amend the Amended Scheduling Order ("Order").

2. On January 19, 2022, the Court entered the Order in this case. Pursuant to the Order, the discovery deadline is May 2, 2022, and the dispositive motions deadline is July 1, 2022. In addition, the Final Pretrial Conference is set for September 29, 2022, at 9:30 a.m.

3. The parties have continued to diligently pursue discovery. To that end, both parties have supplemented their initial productions and Defendant served numerous additional subpoenas for Plaintiff's medical records. Moreover, plaintiff's deposition is set to be completed before the discovery deadline.

---

[1] Plaintiff incorrectly named Caterpillar Inc. as Caterpillar, Inc.

2

4. However, due to scheduling conflicts, the parties will be unable to complete an additional 4 depositions within the current discovery deadline. Specifically, the parties are in the process of scheduling the following depositions:

- Douglas Wright[2]
- Chet Egge
- Marcus Fair
- Angie Murray

5. Therefore, the parties anticipate that they will need an additional 60 days to complete discovery in this case. The parties request that the Court amend the Order and extend the deadlines as follows:

- Discovery deadline reset to July 1, 2022
- Dispositive motions deadline reset to August 30, 2022.

6. The parties also request that the Court reset the Final Pretrial Conference to a date on or after January 3, 2023.

7. This is the parties second request for extension. This motion is not sought for purposes of delay, but rather so that justice may be done.

8. In accordance with D.C.COLO.LCivR 6.1(c), counsel for the parties represent that they will contemporaneously serve a copy of this motion on their clients.

WHEREFORE, the parties respectfully requests that the Court grant this motion and amend the Order as set forth in Paragraphs 5-6 above.

**DATED: April 27, 2022**

---

[2] Mr. Wright is located in Perth, Australia which is 14 hours ahead of Denver, Colorado.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| JILL ROTHE | CATERPILLAR INC. |
| By:  /s/ Thomas H. Mitchiner | By:  /s/ Sharilee K. Smentek |
| Thomas H. Mitchiner<br>Mitchiner Law, LLC<br>1888 N. Sherman St., Suite 200<br>Denver, CO 80203<br>Telephone:<br>Facsimile:<br>Email: tmitchiner@mitchinerlawllc.com<br><br>Steven L. Murray<br>Murray Law, LLC<br>1888 N. Sherman St., Suite 200<br>Denver, CO 80203<br>Telephone:<br>Facsimile:<br>Email: steven@smurraylaw.com<br><br>*Attorneys for Plaintiff Jill Rothe* | Katherine Mendez<br>Sharilee K. Smentek<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive<br>Suite 8000<br>Chicago, IL 60606<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>Email: kmendez@seyfarth.com<br>         ssmentek@seyfarth.com<br><br>*Attorneys for Defendant Caterpillar Inc.* |

3

82670470v.1

# CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that, on April 27, 2022, she served the foregoing document with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

| | |
|---|---|
| Thomas H. Mitchiner | Steven L. Murray |
| Mitchiner Law, LLC | Murray Law, LLC |
| 1888 N. Sherman St., Suite 200 | 1888 N. Sherman St., Suite 200 |
| Denver, CO 80203 | Denver, CO 80203 |
| tmitchiner@mitchinerlawllc.com | steven@smurraylaw.com |

The undersigned does further certify that, on April 27, 2022, she served the foregoing document upon the following non CM/ECF participant, by electronic mail as stated below:

Darcy Gibson
Corporate Counsel
Caterpillar Inc.
100 NE Adams Street
Peoria, IL 61629
Gibson_Darcy_K@cat.com

*/s/ Sharilee K. Smentek*

The undersigned attorney does hereby certify that, on April 27, 2022, he served the forgoing document, on Jill Rothe, the Plaintiff, as indicated below:

By U.S. Mail,

Jill Rothe
6180 Sout Paris Street
Greenwood Village, CO 8011

And by Email: [email address not listed because of privacy concern]

*/s/ Thomas H. Mitchiner*