# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-01395-WJM-STV

JILL ROTHE,

Plaintiff,

v.

CATERPILLAR, INC., A Delaware corporation,

Defendant.

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jill Rothe and Defendant Caterpillar Inc.[1] hereby agree to the dismissal of this case with prejudice. Each party shall bear her and its own attorney's fees and costs.

**AGREED TO BY:**

| JILL ROTHE | CATERPILLAR INC. |
|---|---|
| By:  */s/ Thomas H. Mitchiner* | By:  */s/ Sharilee K. Smentek* |
| Thomas H. Mitchiner<br>MITCHINER LAW, LLC<br>1240 S. Parker Rd. Suite 103<br>Denver, CO 80231<br>Email: tmitchiner@mitchinerlawllc.com | Katherine Mendez<br>Sharilee K. Smentek<br>SEYFARTH SHAW LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>Telephone: (312) 460-5000<br>Facsimile: (312) 460-7000<br>Email: kmendez@seyfarth.com<br>         ssmentek@seyfarth.com |
| Steven L. Murray<br>MURRAY LAW, LLC<br>3900 E. Mexico Ave. Suite 300<br>Denver, CO 80203<br>Email: steven@smurraylaw.com | *Attorneys for Defendant Caterpillar Inc.* |
| *Attorneys for Plaintiff Jill Rothe* | |

---

[1] Plaintiff incorrectly named Caterpillar Inc. as Caterpillar, Inc.

87588835v.2

**CERTIFICATE OF SERVICE**

I certify that the foregoing was hereby filed electronically on this 3rd day of October, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

/s/ Sharilee K. Smentek

87588835v.2